# PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. §2241)

United States District Court
District of Idaho
Petitioner: Shane Allyn Miller

I, Shane Allyn Miller, am currently being held in custody at Nez Perce County Jail in Lewiston, Idaho.

I respectfully petition this Court for a Writ of Habeas Corpus under 28 U.S.C. §2241 because I believe my continued detention violates my constitutional rights, including my rights to due process under the United States Constitution.

On November 20, 2025 I was arrested after an incident at Hodgins Drug Store in Moscow, Idaho. I maintain that I did not physically assault anyone during this incident. I called 9-1-1 myself after a dispute with a store employee escalated to me being assaulted.

According to the police report, the responding officer noted that the employee had no visible injuries. Despite this, I was arrested and accused of battery. Security footage of the incident exists.

During subsequent hearings I have remained incarcerated and have been described as a "danger to society" however, I later learned that the trespassing and battery charges connected to November 20, 2025 were both dismissed.

I believe my continued detention raises serious constitutional concerns and that my case has not been handled fairly.

I also have a documented history of mental health issues and was experiencing symptoms at the time of the incident. I had passed a drug test with my probation officer the day before the incident and was not under the influence of drugs or alcohol.

①

While incarcerated, I have also been denied access to my prescribed antipsychotic medication, which has negatively affected my health and ability to participate in my defense.

For these reasons, I respectfully request that this Court review the legality of my detention and grant appropriate relief.

I cannot afford the filing fee required to file this petition and respectfully request permission to proceed in forma pauperis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted.

Shane Allyn Miller.   Signature: [signature]
IDOC # 155355
Nez Perce County Jail
Lewiston, Idaho

Date: 03/06/2026
Signature: [signature]